AO 442 (Rev. 11/11) Arrest Warrant

FID# 1161536

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jorge Armando Morado Moreno | ) Case No. SA:23-CR-00576-JKP(1) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**FILED**
DEC -1 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**U.S. MARSHALS RECEIVED**
NOV 16 2023
SAN ANTONIO, TX
ENFORCEMENT SECTION

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jorge Armando Morado Moreno
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count I: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B): Conspiracy to Possess with Intent to Distribute a Controlled Substance (Cocaine);
Count II: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B): Possession with Intent to Distribute a Controlled Substance (Cocaine);
Count III: 8 U.S.C. § 1324: Conspiracy to Transport and Harbor Illegal Aliens

Date: 11/15/2023

*Rose Rodriguez*
*Issuing officer's signature*

City and state:   San Antonio, Texas

Rose Rodriguez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/15/2023, and the person was arrested on *(date)* 11/21/2023
at *(city and state)* San Antonio, TX (USMS Cellblock)

Date: 11/21/2023

*Arresting officer's signature*

Tina Crisostomo - DUSM
*Printed name and title*